IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EMIGDIO RUIZ, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>CHUY'S OPCO, INC. and CHUY'S HOLDINGS, INC.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00696-RP |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their counsel of record, hereby stipulate to dismiss the above-captioned matter with prejudice. The Parties agree that costs and expenses with regard to this voluntary dismissal shall be borne by the party incurring same.

**SO STIPULATED**

Respectfully and jointly submitted on September 16, 2022

| **HODGES & FOTY, LLP** | **EPSTEIN, BECKER & GREEN, P.C.** |
|---|---|
| */s/ William M. Hogg*<br>Don J. Foty<br>Texas State Bar No. 24050022<br>Federal ID No. 711552<br>William M. Hogg<br>Texas State Bar No. 24087733<br>Federal ID No. 3060906<br>4409 Montrose Blvd., Suite 200<br>Houston, Texas 77006<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116 | */s/ Amardeep Bharj* (with permission)<br>Greta Ravitsky<br>Texas State Bar No. 24058063<br>Bank of America Center<br>700 Louisiana Street, Suite 3950<br>Houston, Texas 77002<br>Tel: (713) 300-3215; Fax: (713) 300-3235<br>gravitsky@ebglaw.com<br><br>Paul DeCamp<br>1227 25th Street, N.W., Suite 700 |

-2-

| | |
|---|---|
| dfoty@hftrialfirm.com<br>whogg@hftrialfirm.com<br><br>*Attorneys for Plaintiff Emigdio Ruiz* | Washington, D.C. 20037<br>Tel: (202) 861-1819; Fax: (202) 861-3571<br>pdecamp@ebglaw.com<br><br>Amardeep Bharj<br>227 West Monroe Street, Suite 3250<br>Chicago, Illinois 60606<br>Tel: (312) 499-1411; Fax: (312) 845-1998<br>abharj@ebglaw.com<br><br>*Counsel for Defendants Chuy's Opco, Inc. and Chuy's Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF filing system.

                                                      /s/ *William M. Hogg*
                                                      William M. Hogg